IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DOLRAY POLK,                                              *

               Plaintiff,                    *

v.                                                             Case No. 7:23-cv-60 (WLS)

                            *

WAL MART STORES EAST LP, et al.,

                            *

            Defendants.

_____                          *

## J U D G M E N T

Pursuant to this Court's Orders dated January 17, 2024 and January 29, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of January, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk